FILED

2017 JAN 18 PM 12:58

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) 1:17 CR 28 |
| v. | ) CASE NO. JUDGE LIOI |
| MICAH JACKSON, | ) Title 18, United States Code, |
| | ) Section 1512(c)(2) |
| Defendant. | ) |

COUNT 1

The Grand Jury charges:

On or about November 9, 2016, in the Northern District of Ohio, Eastern Division, the Defendant, MICAH JACKSON, did corruptly attempt to obstruct, influence, and impede the matter of <u>United States v. Clint Jackson</u>, Case No. 1:13-cr-00002-CAB, an official proceeding, namely a supervised release violation hearing wherein a relative of MICAH JACKSON was being criminally prosecuted before a U.S. District Court Judge, by posting pictures of two federal witnesses sitting on a bench outside the judge's courtroom to a Facebook page with fifteen rat emojis and the comment, "Free Paypa" (a reference to MICAH JACKSON's relative), above the federal witnesses' pictures, because MICAH JACKSON wanted the two federal witnesses to retract their previous sworn testimony during the supervised release hearing, in violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.